IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FIRST BANK,

    Plaintiff,

vs.

HASSAN A. ABRAHIM,

    Defendant.

Case No. 13-cv-113-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff First Bank's motion for summary judgment (Doc. 13). Defendant Hassan A. Abrahim's response was due on May 6, 2013. To date the Court has not received defendant's response. Pursuant to Local Rule 7.1(c), the Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. Local Rule 7.1(c). The Court hereby **ORDERS** defendant to **SHOW CAUSE** on or before May 27, 2013, why the Court should not construe his failure to timely respond to the motion for summary judgment as an admission of the merits of the motion.

**IT IS SO ORDERED.**

**DATED:** May 17, 2013

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**